```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

JULIUS REEVES, :

    Petitioner, :

v. : CIVIL ACTION 15-0288-WS-M

WALTER MYERS, :

    Respondent. :

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED as this Court does not have jurisdiction over it and that this action be DISMISSED.

DONE this 4th day of August, 2015.

                          s/WILLIAM H. STEELE
                          CHIEF UNITED STATES DISTRICT JUDGE