```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         NORTHERN DIVISION
```

JULIUS REEVES,                        :

    Petitioner,                   :

v.                                    :     CIVIL ACTION 15-0288-WS-M

WALTER MYERS,                         :

    Respondent.                   :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Walter Myers and against Petitioner Julius Reeves on all claims.

DONE this 4th day of August, 2015.

                                    s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE